Morris Levy et al., trading as L. & L. Mfg. Co., appellees, v. Gold-blatt Bros., Inc., appellant.   Gen. No. 36,525.

Opinion filed November 21, 1933.

Pritzker & Pritzker, for appellant.   Schofield & Wood, for appellees; Frank Schofield and David H. Kraft, of counsel.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

John S. Metcalf Company, appellee, v. Indemnity Insurance Company of North America, appellant.   Gen. No. 36,569.

Opinion filed November 21, 1933.   Re-hearing denied December 4, 1933.

Shanner & Shanner, for appellant.   Richmond H. Day, for appellee; John B. Carson, of counsel.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

John B. Mallers, Jr., et al., appellees, v. West Side Braiding and Emboidery Company, appellant.   Gen. No. 36,675.

Opinion filed November 21, 1933.

Charles A. Williams and L. A. Sherwin, for appellant.   Mayer, Meyer, Austrian & Platt, for appellees.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Minnie Lussem, executrix, et al., appellants, v. Giulio Petito et al., appellees.   Gen. No. 36,727.

Opinion filed November 21, 1933.

Harry H. Felgar, for appellants.   Gustav E. Beerly, for certain appellees; Roy S. Gaskill, of counsel.

Mr. Presiding Justice Sullivan delivered the opinion of the court.